UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DEREK PERRY BAKER, | Case No. 2:17-cv-02746-JCM-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| NATIONAL IMPROVEMENT FUND, LLC, | (Mots. for Hr'g – ECF Nos. 5, 6) |
| Defendant. | |

Before the court are Plaintiff Derek Perry Baker's Motions for Hearing (ECF Nos. 5, 6). These motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Mr. Baker filed two motions requesting hearings regarding his Application to Proceed *In Forma Pauperis* (ECF No. 1). LR 78-1 of the Local Rule of Practice provides that motions may be considered and decided with or without a hearing. In a separate report of findings and recommendation entered today, the court screened the complaint and recommended dismissal. As such, Baker's pending motions are denied as moot.

Accordingly,

**IT IS ORDERED:** Plaintiff Derek Perry Baker's Motions for Hearing (ECF Nos. 5, 6) are **DENIED**.

Dated this 12th day of September, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1