AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEREK PERRY BAKER,

                 Plaintiff,

    v.

NATIONAL IMPROVEMENT FUND LLC,

                 Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-CV-2746 JCM (BNW)

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants against Plaintiff. IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED.

3/16/2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk